

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Jno. Q. McAdams,
Commissioner,
Department of Banking,
Austin, Texas.

Dear Mr. McAdams:          Opinion No. 0-3415

Re: Construction of Articles
3 and 4, Chapter IV, Texas
Banking Code, with respect
to electing new or addition-
al directors.

Your request for an opinion by this Department
upon the above-captioned matter is as follows:

"A state bank elected ten directors at
its stockholders' meeting at the beginning
of this year. This bank wants to call a
special stockholders' meeting for the pur-
pose of electing the eleventh director soon
after the effective date of the new code and
they have referred to Article 4, Chapter IV
as their authority.

"Please give us your opinion as to
whether Articles 3 and 4 Chapter IV of the
new code supersede Article 337 Chapter II
of the old law. In other words is a state
bank authorized by the new code to hold a
special stockholders'meeting for the pur-
pose of changing the number of directors
which have been elected in a regular stock-
holders' meeting at the beginning of the
present year pursuant to Article 337 Chapter
II of the old law?"

You are advised that House Bill No. 79, Chapter 97, passed by the regular session 49th Legislature, upon becoming effective ninety days after adjournment of the Legislature, will operate to repeal Article 337 of the now existing statute, and likewise all other Articles and parts of Title 16 of the Revised Civil Statutes of Texas.

Sections 3 and 4 of Chapter IV of the Banking Code read as follows:

"Art. 3. The stockholders of a state bank shall adopt by-laws which may be amended at any regular annual meeting of the stockholders, or, if the purpose of the meeting is stated in the notice, at any special meeting of the stockholders called for that purpose. Neither the by-laws nor any amendment thereto shall be effective until filed with the Commissioner and approved by him.

"Art. 4. A state bank shall have not less than five (5) nor more than twenty-five (25) directors, the majority of whom shall be residents of the State of Texas. The number of directors may be changed from time to time within the limits above prescribed, without amendment of the charter, by resolution adopted at any regular meeting of stockholders or any special meeting of stockholders called for the purpose of electing directors, which resolution shall be spread on the minutes of the meeting, and a certified copy shall be filed with the Commissioner, for which filing no fee shall be charged."

It is the opinion of this Department that these Articles do authorize the number of directors of a bank to be changed from time to time, at any regular meeting of the stockholders, or any special meeting of stockholders called for the purpose of electing directors, and this regardless of the fact that the then existing directors had been elected under Article 337 of the repealed statute.

You will, of course, advise your inquiring bank that if it proposes to change the number of directors at

a called meeting of stockholders, the call should state the purpose thereof, and the call itself should not issue until after the effective date of the banking code under which the call is of course made.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By         *Ocie Speer*

Ocie Speer
Assistant

OS-MR

APPROVED JUL 1, 1943

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN